**UNITED STATES DISTRICT COURT**
**[EA]STERN DISTRICT OF PENNSYLVANIA**

**13    1414**

CMR

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

_____
_____
_____
C.O. Sam
_____
J. Lynch
C.O. Walton
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes  ☐ No
(check one)

RECEIVED
MAR 1 8 2013

Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of
     confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
     as necessary.

Plaintiff      Name _____
               ID # __N/A_____
               Current Institution _Lonoke County Detention Center_
               Address _____
               _____Lonoke AR 72056_____

*Rev. 10/2009*

B.      List all defendants' names, positions, places of employment, and the address where each defendant
        may be served. Make sure that the defendant(s) listed below are identical to those contained in the
        above caption. Attach additional sheets of paper as necessary.

Defendant No. 1      Name _C_*ty* *of* *Philadelphia*_____ Shield #_____

                     Where Currently Employed _____

                     Address _____

                     _____

Defendant No. 2      Name _Commissioner of Prisons__ Shield #_____

                     Where Currently Employed _City of Philadelphia__

                     Address _____

                     _____

Defendant No. 3      Name ___Captain_____ Shield #_____

                     Where Currently Employed _Curran Fromhold Prison_

                     Address _7901 State Rd_____

                     _Phila Pa_____

Defendant No. 4      Name _C.O. Sam_____ Shield #_____

                     Where Currently Employed _Curran-Fromhold Prison_

                     Address _7901 State Rd_____

                     _Phila Pa_____

Defendant No. 5      Name _C.O. Coleman_____ Shield #_____

                     Where Currently Employed _Curran Fromhold Prison_

                     Address _7901 State Rd_____

                     _Phila Pa_____

## II.     Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant events.
You may wish to include further details such as the names of other persons involved in the events giving
rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      In what institution did the events giving rise to your claim(s) occur? _____
        _Curran Fromhold Prison_____

B.      Where in the institution did the events giving rise to your claim(s) occur? _____
        _Quarantine and Extradition receive_
        _12/11/12 ~ 1/5/13_____

C.      What date and approximate time did the events giving rise to your claim(s) occur? _____
        _See Attached_____

Page 2 B

C.O. Lynch
7901 State Rd
Curran Frumhold Prison
Phila Pa

C.O. Melton
Curran Frumhold Prison
7901 State Rd
Phila Pa

D.     Facts:

| What happened to you? |

See Attached

| Who did what? |

See Attached

| Was anyone else involved? |

See Attached

| Who else saw what happened? |

See Attached

## III.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

## IV.     Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

D. Facts Cont

**Claim 3**    I attended Extradition hearing in prison on 12/11/12. At hearing I was prevented from address court or having free and unfettered discourse with my attorney by C.O. Lynch. Several other prisoners were subject to same restrictions and witnessed the denial of my constitutional rights.

This behavior on the part of C.O. Lynch is consistent with the pervasive and persistent disregard of the health and welfare as well as the constitutional rights of this prisoner.

**Claim 4**    On 12/11/12 C.O. Melton deliberately caused me to urinate on myself. There is no toilet access in the day room and C.O. Melton refused me access to the bathroom. This event was witnessed by prisoner Luciano.

This behavior by C.O. Melton is consistent with the callous disregard for the health and welfare of this prisoner and disregard of his constitutional rights.

ASD ☐
CFCF ☑
DC ☐
HOC ☐
PICC ☐

## Philadelphia Prison System

## Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☐

Name _Frank Prillerman_    Housing Unit _D22_

Intake Number _448523_    Police Photo Number _448523_

| Description of Grievance, Incident or Problem |
| --- |
| (include date and time of incident) |

On 12/11/12 I was sent to an extradition hearing. When I arrived C.O. Lynch informed me and several other prisoners that we were not to address the Court at all. Also we were to say "yes" to every quest asked by P.D. As a prisoner I had to obey C.O. Lynch's direct order or be disciplined. Also on 12/11/12 I informed CO Melton that am 62 yrs old with bladder problem, I asked to use bathroom, she refused. A short time later I begged to us bathroom. She told me to piss in shower, I believe this wonld have caused fight with other prisoners. I urinated on myself and was utterly humiliated and ridiculed by other prisoners

| Action Requested by Inmate: |
| --- |

Turn back clock and protect my constitutional right against cruel and unusual purishment the 4th, 5th, 6th and 14th Amendments of U.S. Constitution

See: Continuation of Grievance - Page 2    Yes ☐    No ☐

| Describe how and when you tried to resolve this Grievance informally. |
| --- |

Date that you are depositing this Grievance in a grievance box:

_(Signature of Grievant)_    _1/13/13_
    _(Date)_

O. Facts con't.

Claim 2    On or about 12/20/13 an un medicated
dangerous paranoid schitzophrenic was
placed in the cell share by myself and
Edward Madden. by C.O. Soms

This mentally ill inmate threated my life
on welfare over a 3 day period. His
name was I believe Chark Portipo. The
Placement of this dangerous individual
is representative of a pattern of pervasive
and persistent disregard of the health
and welfare of this prisoner.

The plaintiff was continually subject to
threats of harm and to life over 3 to
4 day before mentally ill person was
removed despite three confrontations
with C.O.s and several request by
me and Ed Madden. ~~Hts~~ to C.O. Som
and C.O. Coleman

ASD ☐
CFCF ☑
DC ☐
HOC ☐
PICC ☐

## Philadelphia Prison System

## Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☐

Name _Frank Prillerman_     Housing Unit _D 22_
Intake Number _448523_     Police Photo Number _448523_

### Description of Grievance, Incident or Problem
### (include date and time of incident)

On or about 12/20/12 while in quarantine Edward
Madden and I were forced to be locked in
the cell during the day and night with a violent
and dangerous unmedicated paranoid schizophrenic
as described in the DSM IV, Despite several
requests to C.O. I SAM C.O. Coleman and another
C.O. this person (Clark Partino tie) was not
removed. It took 3 confruntations with COs
before this was accomplished. C.O Coleman said
I deserved to be housed with this person because I
was in jail. Also when I complained to CO Coleman
about chest pains due to access stress he told
me to drink cold water, Clarke Partino
theatened the life of myself and Edward
Madden.

### Action Requested by Inmate:

Turn back the clock and restore my protections
Against cruel and unusual punnishment and rights
guaranteed under the 4th 5th 6th and 14th amendments

See: Continuation of Grievance - Page 2   Yes ☐   No ☐

### Describe how and when you tried to resolve this Grievance informally.

Date that you are depositing this Grievance in a grievance box:

_Frank Prillerman_     _1/13/13_
(Signature of Grievant)     (Date)

Distribution: 1. Deputy Warden for Administration  2. Warden  3. Inmate's Receipt of Filing
86-570

D Facts

Claim 1

By order of Warden I was taken from cell C23 at 3 am on 1/5/13 and placed in isolation in a sleep deprivation cell. I was disposed of all my belongings save the clothes I was wearing. I was in said condition for 61 hrs. I did not recieve a hot meal or drink during this period. I was observed in this condition by several C.O.'s working transport.

Leaving me in this condition for an extended period represents cruel and unusal punishment and a persistent and pervasive disregard for the constitutional rights, health and welfare of prisoners at the institution.

ASD ☐
CFCF ☑
DC ☐
HOC ☐
PICC ☐

## Philadelphia Prison System

## Inmate Grievance Form

Check box only if grievance is regarding Medical Services  ☐

Name **FiANK** _____  Housing Unit **D22**

Intake Number **448523** _____  Police Photo Number **448523** ___

| Description of Grievance, Incident or Problem<br>(include date and time of incident) |
|---|
| I was taken from C23 cell at 3am on 1/5/13 and taken to receiving room, disposed of all my belongings save clothes I was wearing. I was placed in isolation in a sleep deprivation cell for 61 hrs. The cell had No bunk and the light stayed on 24 hrs. I did not receive a hot meal or hot drink the entire time. The temperature was about 60° F. I was reintergrated into general population at 4 pm 1/7/13. I still need towel, wash cloth, blues and medication (none since 1/6/13) |

| Action Requested by Inmate: |
|---|
| I would like protection of constitutional rights under 5th 6th and 14th Amendment of U.S. Constitution on 1/5 1/6 1/7 of 2013. |

See: Continuation of Grievance - Page 2      Yes ☐      No ☐

| Describe how and when you tried to resolve this Grievance informally. |
|---|
|  |

Date that you are depositing this Grievance in a grievance box:

1424  _Frank Prill_  _____  1/18/13

(Signature of Grievant)                              (Date)

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

     Yes __X__ No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _Curran Fromhold Prison_____

_____

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

     Yes __X__ No _____ Do Not Know ____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

     Yes _____ No _____ Do Not Know __X__

     If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

     Yes __X__ No _____

     If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

     Yes _____ No ____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance? _Curran Fromhold Prison_____

    1.   Which claim(s) in this complaint did you grieve? ____all_____

    2.   What was the result, if any? ____Innocent_____

    3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _Appeared in court_____ _grievance answered_____

_____

_____

_____

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here: _____
_____
_____
_____
_____
_____

    2.    If you did not file a grievance but informed any officials of your claim, state who you
informed, when and how, and their response, if any:_____
_____
_____
_____
_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies. _____
_____
_____
_____
_____
_____
_____

<u>Note:</u>    You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). Plaintiff ask $250,000.00
dolars in relief. Also plaintiff asked that
video hearings be discontinued at prison in that
to use if it. That coersive and a prase to
constitutional rights of prisoners. So that
bathrooms be available to prisoners in dayrooms,
plus legal fee and Court Cust

----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------

**VI.**     **Previous lawsuits:**

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

On these claims

Yes _____ No _____

B.     If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

1.     Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.     Court (if federal court, name the district; if state court, name the county) _____

3.     Docket or Index number _____

4.     Name of Judge assigned to your case _____

5.     Approximate date of filing lawsuit _____

6.     Is the case still pending?   Yes _____ No _____

       If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

C.   Have you filed other lawsuits in state or federal court?

Yes _____ No _____

```
┌──────────┐
│ On       │
│ other    │
│ claims   │
└──────────┘
```

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?   Yes _____ No _____

If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _11_ day of _____March_____, 20_13_

Signature of Plaintiff _____

Inmate Number _____n/a_____

Institution Address _____
_____
_____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _11_ day of _March_, 20 _13_, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____