FRANKLYN DEVON PRILLERMAN

       Plaintiff                CIVIL ACTION NO.

       v.                            13-1414

CITY OF PHILADELPHIA, ET AL.,    JURY TRIAL DEMANDED

       Defendant

**FILED**

MAY 29 2014

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## Petition for the Preservation of Documents and Records in the Above Caption Complaint

The Plaintiff in the above caption matter request the The Honorable Court issue an ORDER instructing the Defendants to preserve all documents and records pertaining to the above captioned matter, including but not limited to the following:

1. Activity and daily log books, video record and any and all other records for quarantine unit in which Plaintiff was held at CFCF, Philadelphia Prisons for the period from 12/10/13 thru 1/14/14
2. Any and all prisoner movement records for the above named Plaintiff from 12/11/13 thru 1/15/14.
3. Any and all records pertaining to Plaintiff's extradition hearing of 12/11/13
4. Any and all records of prisoners and Correction Officers present at, Plaintiff's extradition hearing
5. Original floor plans for quarantine unit in which plaintiff was held
6. Any and all records showing hours worked for any and all correctional officers assigned to Plaintiff's quarantine housing unit from 12/11/13 thru 1/13/14.
7. Any and all electronic records of Plaintiff's extradition hearing of 12/11/13.
8. Any and all records pertaining to any and all other prisoners housed with plaintiff from 12/11/13 thru 1/15/14.

Plaintiff prays this Honorable Court will grant this petition

FRANKLYN DEVON PRILLERMAN

    Plaintiff

    v.

CITY OF PHILADELPHIA, ET AL.,

    Defendant

CIVIL ACTION NO.

13-1414

JURY TRIAL DEMANDED

**FILED**

MAY 29 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### CERTIFICATE OF SERVICE

I, Franklyn Prillerman, do hereby certify that on this date a correct copy of Plaintiff's **Petition for the Preservation of Documents and Records in the Above Caption Complaint**

    sent via first class mail to:

Regina A. Lawrence
City of Philadelphia Lawe Department
Civil Rights Unit
\1515 Arch St, 14th fl
Philadelphia, PA 19102

Date: May 7, 2014

**Respectfully submitted,**

/s/ Franklyn D. Prillerman
123 E. Pomona St.
Philadelphia, PA 19144

FRANKLYN DEVON PRILLERMAN

      Plaintiff                           CIVIL ACTION NO.

      v.                                13-1414

CITY OF PHILADELPHIA, ET AL..,      JURY TRIAL DEMANDED

      Defendant

### ORDER

AND NOW this day_____ of _____,2014, upon consideration of Defendant's, Petition for the Preservation of Records, and any response thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED.

                                           BY THE COURT;

                                           _____

                                           Rufe, J.