UNITED STATES DISTRICT COURT

EASTERN District OF PENNSYLVANIA

---

FRANKLYN DEVON PRILLERMAN Civ. 13-1414

Plaintiff

v.

CITY OF PHILADELPHIA,

Et al

Defendant

FILED
AUG    2015
MICHAEL

---

## MOTION FOR EXEMPTION

The Plaintiff in the above cited matter claims exemption to Federal Rule of Civil Procedure 26 as provided by Federal Rule of Civil Procedure 26(1)(b)(iv). The Plaintiff is pursuing the above cited matter "Pro se" and the claim was initiated while the Plaintiff was in custody

UNITED STATES DISTRICT COURT

EASTERN District OF PENNSYLVANIA

---

**FRANKLYN DEVON PRILLERMAN Civ. 13-1414**

Plaintiff

v.

**CITY OF PHILADELPHIA,**

Et al

Defendant

---

**ORDER**

AND NOW this day_____of_____,2015, upon consideration of Plaintiff's Motion for Exemption for filling initial disclosures under Federal Rule 26, and any response thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED.

BY THE COURT;

---

Rufe, J.

UNITED STATES DISTRICT COURT

EASTERN District OF PENNSYLVANIA

---

FRANKLYN DEVON PRILLERMAN Civ. 13-1414

Plaintiff

v.

CITY OF PHILADELPHIA,

Et al

Defendant



FILED
AUG 2015

### CERTIFICATE OF SERVICE

I, Franklyn Prillerman, do hereby certify that on this date, August 24, 2015, a copy of Plaintiff's Motion for Exemption Under Fed. Rule 26; CV13-1414 was sent via first class mail to:

Armando Brigandi

Divisional Deputy City Solicitor

Civil Rights Unit

Law Department, 14th fl

One Parkway

1515 Arch St

Philadelphia, PA 19102-1595

Respectfully submitted

Franklyn D. Prillerman

123 E. Pomona St.

Philadelphia, PA 19144