IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANKLYN DEVON PRILLERMAN**, | : |
| Plaintiff | : CIVIL ACTION NO. |
| | : 13-1414 |
| v. | : |
| **CITY OF PHILADELPHIA, ET. AL.,** | : JURY TRIAL DEMANDED |
| Defendant | : |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT TO INCLUDE CORRECTION OFFICER SYLVIA MELTON

Answering Defendant, by and through the undersigned counsel, hereby files this response to Plaintiff's Motion to Amend Complaint to include Correction Officer Sylvia Melton. Answering Defendants have no objection to the proposed addition of Correct Officer Sylvia Melton to Plaintiff's Complaint. A separate filing will address Defendant's objection to Plaintiff's Motion to Amend Complaint to include Police Commissioner Louis Giorla.

Date: January 4, 2016                                  Respectfully submitted,

/s/ Kristen M. Davis
Kristen M. Davis
Assistant City Solicitor
Pa. Attorney ID No. 312680
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5445 (phone)
215-683-5397 (fax)
**kristen.davis@phila.gov**