IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANKLYN DEVON PRILLERMAN**    :<br>        **Plaintiff,**            :<br>                          :<br>**v.**                        :<br>                          :<br>                          :<br>**CITY OF PHILADELPHIA,** *et al.*   :<br>        **Defendants.**          : | **CIVIL ACTION NO. 13-1414** |

## ORDER

**AND NOW**, this 10th day of August 2016, upon consideration of the pending motions and any responses thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** :

1.  Defendants' Motion for Summary Judgment [Doc. No. 60] is **GRANTED**. Summary Judgment is **ENTERED** in favor of all Defendants and against Plaintiff.

2.  Plaintiff's Motion for Reconsideration [Doc. No. 51] is **DENIED** as there is no basis for liability against Commissioner Giorla.

3.  Plaintiff's Motion for Court to Call Witnesses at Request of Plaintiff [Doc. No. 52] is **DENIED** as the Court has based its summary judgment ruling on facts as stipulated by the parties.

The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

                    BY THE COURT:

                    /s/Cynthia M. Rufe
                    _____
                    **CYNTHIA M. RUFE, J.**