IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


FRANKLYN DEVON PRILLERMAN

        Plaintiff                  CIVIL ACTION NO.

v.                          13-1414

CITY OF PHILADELPHIA, ET AL..,      Notice of Appeal

        Defendant


Notice is hereby given that Franklyn Prillerman, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order of August 10, 2016, granting Defendants motion for Summary Judgment .

/s/ _____

Franklyn Prillerman, Pro se

123 E. Pomona St.

Philadelphia, PA 19144

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANKLYN DEVON PRILLERMAN

        Plaintiff                     CIVIL ACTION NO.

        v.                            13-1414

CITY OF PHILADELPHIA, ET AL..,        JURY TRIAL DEMANDED

        Defendant

## CERTIFICATE OF SERVICE

I, Franklyn Prillerman, do hereby certify that on this date a correct copy of Plaintiff's Response Defendants Motion for Summary Judgment  was sent via first class mail to:

**Kristen Davis**
**City of Philadelphia Law Department**
**Civil Rights Unit**
**\1515 Arch St, 14th fl**
**Philadelphia, PA 19102**

Date: June 2, 2016

Respectfully submitted,

/s/ Franklyn D. Prillerman
123 E. Pomona St.
Philadelphia, PA 19144