UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-3527
_____

FRANKLYN DEVON PRILLERMAN

v.

WARDEN CURRAN FROMHOLD; C.O. SAM; COLEMAN C.O.; LYNCH, C.O.;
CITY OF PHILADELPHIA; SYLVIA MELTON, CORRECTION OFFICER

Franklyn Prillerman, Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-13-cv-01414)
District Judge: Honorable Cynthia M. Rufe
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
June 16, 2017

Before: GREENAWAY, JR., VANASKIE and ROTH, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was submitted pursuant to Third

Circuit LAR 34.1(a) on June 16, 2017. On consideration whereof, it is now hereby

**ORDERED and ADJUDGED** by this Court that the judgment of the District Court entered August 11, 2016, be and the same is hereby affirmed in part, vacated in part, and remanded. Costs will not be taxed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: November 28, 2017

Certified as a true copy and issued in lieu of a formal mandate on __12/20/17__

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**