IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANKLYN DEVON PRILLERMAN<br>Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA, *et al.*<br>Defendants. | :<br>:<br>:<br>:    CIVIL ACTION NO. 13-1414<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 4th day of November 2019, upon consideration of Defendants' Motion for Summary Judgment [Doc. Nos. 71, 74] and the opposition thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. Summary Judgment is **ENTERED** in favor of Defendants and against Plaintiff.

The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**